Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____


BRIAN TRASK

     v.

TOWN OF ALMA

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 19-CV-1192


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:  that Plaintiff's Motion to Amend the Complaint and Cross-Motion for Summary Judgment are Denied and that the Defendant's Motion for Summary Judgment is Granted in part and Denied in part.


Date: November 2, 2020

MARY C. LOEWENGUTH
CLERK OF COURT


By: s/Suzanne
     Deputy Clerk