UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

BRIAN TRASK,

                Plaintiff,

        v.

TOWN OF ALMA,

                Defendant.

**NOTICE OF APPEAL**

Civ. No.: 19-cv-01192

---

    Notice is hereby given that Brian Trask, Plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from ALL parts of the decision of this Court dated October 30, 2020 and entered on November 2, 2020.

DATED:  November 29, 2020
          Rochester, New York

                      /s/ Michael F. Geraci
                      GERACI LAW OFFICES
                      *Attorneys for Plaintiff*
                      1 E. Main Street, Suite 500
                      Rochester, New York 14614
                      Tel.: (585) 888-6453
                      Fax: (585) 222-6453
                      mgeraci@geracilawoffices.com