**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand and twenty,

_____

Brian Trask,

        Plaintiff - Appellant,

v.

Town of Alma,

        Defendant - Appellee.

_____

**ORDER**
Docket Number: 20-4055

A notice of appeal was filed on November 30, 2020. Appellant's Form D was due December 14, 2020. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective December 29, 2020 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 03/05/2021